Peter Joseph Cavanagh
P.O. Box 820
Ventura, CA 93002
(805) 336-2158

Plaintiff in *pro se*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CV 13- 01389 -JGB (RNB)

~~CV13- 0376~~ (RNB)

PETER JOSEPH CAVANAGH,

        Plaintiff,

    vs.

GEOFF DEAN, individually and officially as
Ventura County Sheriff; COUNTY OF
VENTURA, California; DOES 1 through 10
inclusive, capacities undetermined,

        Defendants.

COMPLAINT PURSUANT TO 42 U.S.C. §
1983

COME NOW the plaintiff and for his complaint against the defendants state and allege as

follows:

## A.    NATURE OF ACTION

1.    This is an action for damages resulting from the deprivation under color of law of

the State of California of a right, privilege and immunity secured to Plaintiff by the Constitution

of the United States, by 42 U.S.C. section 1983 and by the Constitution and laws of the State of

California.

## B.    JURISDICTION AND VENUE

2.    Jurisdiction is conferred upon this Court under the provisions of 28 U.S.C. §§

1331, 1334, 1343.

3.     The Plaintiff is an individual residing in Ventura County, California, in this District, with a mailing address of P.O. Box 820, Ventura, CA 93002.

4.     All of the defendants herein are adult citizens of the State of California residing in Ventura County, or political subdivisions encompassed by this District. Plaintiff alleges further identification of the defendants as follows:

5.     Geoff Dean was and is the Sheriff of Ventura County (Sheriff) at all times relevant to this complaint.

6.     The County of Ventura (Ventura County) is a political subdivision of and within, the State of California, encompassed by this District and responsible for the Sheriff.

7.     Plaintiff is ignorant of the true names and capacities of defendants sued as DOES 1 through 10 inclusive, and therefore sue these defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained.

8.     All of the acts herein complained have occurred or first became known to the Plaintiff within the immediate past two years.

## C.     ALLEGATIONS

9.     On or about October 4, 2010, the Plaintiff was found to have violated his probation by Ventura County Superior Court (VCSC) Judge Rebecca Riley (Judge Riley).

10.    As a result, he was ordered to serve jail time and awarded pre-sentence credits.

11.    At or about the time of sentencing, Judge Riley made statements on the record that indicated her understanding that the Plaintiff's good-time credits would be calculated at fifty percent and that he would be out of custody by mid-January 2011.

12.    The Plaintiff reported to the Ventura County Jail ("Jail") on or about October 18, 2010 as ordered by Judge Riley and while in custody used the prescribed jail procedure, "Inmate

Request For Information Or Service" ("Kite") to confirm his release date. The Jail responded that it was February 24, 2011.

13.     Over the ensuing weeks, the Plaintiff used the Kite system several additional times to affirm the date the jail intended to release him and to complain and inform the jail that his actual release date should be on or about January 15, 2011, but to no avail.

14.     Consequently, the Plaintiff calendared a credit review that was heard on December 30, 2010 by Ventura County Superior Court Judge Edward Brodie (Judge Brodie). As a result of the review, Judge Brodie awarded the Plaintiff additional pre-sentence credits consistent with Judge Riley's understanding.

15.     On or about December 31, 2010 the Plaintiff submitted a Kite requesting the Sheriff to recalculate his release date pursuant to Judge Brodie's Order but the Sheriff, individually but acting under color of state law in his official capacity, never responded to the Plaintiff thus denying the Plaintiff administrative due process in violation of the Fifth and Fourteenth Amendments to the United States Constitution.

16.     On or about January 4, 2011, the Plaintiff again submitted a Kite requesting recalculation.

17.     On or about January 5, 2011 the Sheriff advised the Plaintiff his release date remained the same: February 24, 2011.

18.     As a consequence, the Plaintiff again put the matter on review calendar for January 12, 2011.

19.     Judge Brodie was displeased that the matter was before him a second time, again reaffirmed his order, overruled objections to it by the Ventura County District Attorney (DA), directed court-appointed counsel for the Plaintiff to resolve the matter directly with the Sheriff

---

3

and ordered the matter off calendar.

20.     Court-appointed counsel made substantial efforts on behalf of the Plaintiff to resolve the matter directly with the Sheriff. However, the Sheriff individually but acting under color of state law in his official capacity, objected to the language of Judge Brodie's Order and declared that he would not comply with it and continue to confine the Plaintiff until February 24, 2011 in disobedience of it unless and until Judge Brodie rewrote his Order to the Sheriff's satisfaction notwithstanding Judge Brodie had twice affirmed the Order; all in violation of the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution.

21.     On or about January 15, 2011, the Sheriff individually but acting under color of state law in his official capacity, commenced falsely and unlawfully imprisoning the Plaintiff absent any operation of law and in disobedience of Judge Brodie's Order and subsequent affirmation in violation of the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution.

22.     On or about January 17, 2011 the Plaintiff submitted a Kite requesting a form Writ of *Habeas Corpus* commonly known as a MC-275 form. The Sheriff, individually but acting under color of state law in his official capacity, never responded to the Plaintiff's request thus denying him administrative due process and falsely imprisoning him in violation of the Fourth, Fifth, Sixth, Eighth and Fourteenth Amendments to the United States Constitution.

23.     On or about January 22, 2011, the Plaintiff submitted a Kite requesting a grievance form in a continued effort to obtain a MC-275 form. The Sheriff, individually but acting under color of state law in his official capacity, never acknowledged the Plaintiff's Kite and never provided him with a grievance form thus denying him administrative due process and falsely imprisoning him in violation of the Fourth, Fifth, Sixth, Eighth and Fourteenth

Amendments to the United States Constitution.

24.     On or about January 26, 2011 the Plaintiff caused to be deposited in the jail mail system a handwritten "Petition for Writ of Habeas Corpus And/Or Mandate And/Or Alternative Writ" because the Sheriff, individually but acting under color of state law in his official capacity, failed/refused/ neglected to provide him with a MC-275 form as previously requested in violation of the Plaintiff's Fifth, Sixth, Eighth and Fourteenth Amendment rights to due process, equal protection and access to the courts.

25.     On or about February 3, 2011 the Clerk of the Ventura County Superior Court (VCSC) returned the Plaintiff's Writ of *Habeas Corpus* unfiled because it was not on a MC-275 form thus confirming that the Sheriff, individually but acting under color of state law in his official capacity, violated the Plaintiff's Fifth, Sixth, Eighth and Fourteenth Amendment rights to due process, equal protection of the law and access to the courts.

26.     The VCSC clerk did not provide the Plaintiff with a MC-275 form.

27.     On or about February 6, 2011, the Plaintiff caused to be deposited in the jail mail system, a handwritten Petition for Writ of Habeas Corpus And/Or Mandate And/Or Alternative Writ And Motion For Interim Relief addressed to the California Court of Appeal, Second Appellate District Division Six because the Sheriff, individually but acting under color of state law in his official capacity, failed/refused/neglected to provide him a MC-275 form in violation of the Plaintiff's Fourth, Fifth, Sixth, Eighth and Fourteenth Amendment rights.

28.     On or about February 10, 2011 Plaintiff had the opportunity to meet with court-appointed counsel and he agreed, as a friend of the Plaintiff and not as counsel, to personally take the [returned] hand-written Writ of *Habeas Corpus* to the VCSC clerk's office and insist that it be filed pursuant to *California Rules of Court* rule 4.551.

29.   Counsel was required to overcome strenuous rejection by the clerk but was ultimately successful in getting the Writ filed.

30.   On or about February 14, 2011 the Court of Appeal returned the Plaintiff's Writ of *Habeas Corpus* unfiled because it was not on a MC-275 form thus confirming the Sheriff, individually but acting under color of state law in his official capacity, violated the Plaintiff's Fourth, Fifth, Sixth, Eighth and Fourteenth Amendment rights to administrative due process, due process and equal protection of law and access to the courts.

31.   However, the Court of Appeal Clerk enclosed a MC-275 form.

32.   On or about February 16, 2011, the Ventura County Superior Court, Barry Klopfer presiding, acted on the Plaintiff's [handwritten] Writ of *Habeas Corpus*.

33.   In it, he found that Judge Brodie, "[  ] awarded additional pre-sentence credits at that time [December 30, 2010 credit review]."

34.   Notwithstanding, the Petition was denied on the [erroneous] grounds the Plaintiff's court-appointed counsel had never attempted to resolve the matter directly with the Sheriff.

35.   The Sheriff, individually but acting under color of state law in his official capacity, knowingly, willfully, intentionally and with malicious and oppressive aforethought, disobeyed Judge Brodie's order awarding additional pre-sentence credits and refused to recalculate the Plaintiff's release date based on them thus falsely imprisoning the Plaintiff from on or about January 15, 2011 until his release on February 19, 2011 in violation of the Plaintiff's Fourth, Fifth, Sixth, Eighth and Fourteenth Amendment rights.

36.   Further, the Sheriff, individually but acting under color of state law in his official capacity, obstructed and frustrated the Plaintiff's efforts to secure his rightful release date, his

COMPLAINT PURSUANT TO 42 U.S.C. § 1983

right to administrative due process, his right to legal due process, his right to equal protection of the laws and his right to access to the courts by disregarding his multiplicity of Kites, requests for grievance forms and requests for MC-275 forms in violation of the Plaintiff's Fifth, Sixth, Eighth and Fourteenth Amendment rights.

37.     The actions of the Defendants and each of them as alleged in paragraphs 13 through 35 inclusive, were and are deliberately indifferent and constitute willful, reckless, malicious and oppressive acts entitling the Plaintiff to punitive damages.

38.     The actions of the Defendants and each of them, as alleged in paragraphs 13 through 35 inclusive, inflicted emotional distress entitling the Plaintiff to damages.

### D.     PRAYER

WHEREFOR, the Plaintiff prays this court as follows:

1.     For compensatory damages jointly and severally against the Defendants and each of them in an amount to be determined.

2.     For punitive damages jointly and severally against the Defendants and each of them in an amount of not less than three million five hundred thousand dollars.

3.     For emotional damages.

4.     For attorney fees and costs.

5.     For all other relief this Court finds just and proper.

Plaintiff requests a jury trial.

////

////

////

////

1    RESPECTFULLY SUBMITTED,

2    DATED: January 12ᵗʰ , 2013

3

4

5    Peter J. Cavanagh
     Plaintiff in *pro se*
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT PURSUANT TO 42 U.S.C. § 1983



FedEx
Express

E

TUE – 15 JAN A1
PRIORITY OVERNIGHT

TUE – 15 JAN A1
PRIORITY OVERNIGHT

TRK# 8014 0800 3271
0200

FedEx
TRK# 8014 0800 3271
0200

WZ EMTA

90015
CA–US    LAX

Sr

Express



# UNITED STATES POSTAL SERVICE

## PRIORITY MAIL®

Flat Rate Mailing Envelope

Visit us at usps.com

INTERNATIONAL RESTRICTIONS APPLY: Customs forms are required. Consult the International Mail Manual (IMM) at pe.usps.com or ask a retail associate for details.



PS00001035014

RECEIVED
CLERK, U.S. DISTRICT COURT
SOUTHERN DIVISION

FEB 25 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Label 228, January 2008

### UNITED STATES POSTAL SERVICE

## PRIORITY MAIL®

For Domestic
and International Use

From

Peter J. Cavanagh
P.O. Box 820
Ventura, CA 93002

TO Hon Maj Judge Robert N, Black
U.S. District Court
411 West Fourth St, Ste 1053
Santa Ana, CA 92701-4516

RECEIVED
CLERK, U.S. DISTRICT COURT
SOUTHERN DIVISION

FEB 25 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### TRY FLAT RATE
## PRIORITY MAIL PRE-PAID
- Built-in tracking
- Postage rate locked forever
- No shipping rate increases
- Free Package pickup
- Free Package label required

usps.com/stamps.com/prepaid

UNITED STATES
POSTAL SERVICE

1006       92701

FEB 21 '13
AMOUNT

$5.60
00100450-10

9505 5110 0450 3052 5548 61

Please Recycle

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F-P-PP © U.S. Postal Service, June 2012; All rights reserved.

EP14F-P-PP June 2012 © U.S. Postal Service

Schedule package pickup right from your home or office at usps.com/pickup
Print postage online

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☑)
Peter Joseph Cavanagh

**DEFENDANTS**
Geoff Dean individually and in his official capacity as Sheriff of Ventura County;
County of Ventura

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
P.O. Box 820
Ventura, CA 93002

Attorneys (If Known)
Unknown

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☑ No   ☑ **MONEY DEMANDED IN COMPLAINT: $** > $3,500,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | **REAL PROPERTY** | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 220 Foreclosure | **IMMIGRATION** | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 290 All Other Real Property | ☑ 440 Other Civil Rights | | ☐ 871 IRS-Third Party 26 USC 7609 |

CV13- 0376   CV13-01389-JGB (RNB)

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                          CIVIL COVER SHEET                          Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, *and* one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura County, California | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☒ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura County, California | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura County, California | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____ Date 01-13-13

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08)                  **CIVIL COVER SHEET**