O

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOSEPH CAVANAGH,<br><br>        Plaintiff,<br><br>  vs.<br><br>GEOFF DEAN, et al.,<br><br>        Defendants. | Case No. CV 13-1389-JGB (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) defendants' Motion for Summary Judgment with respect to plaintiff's claims against Sheriff Dean in his individual capacity is granted; and (2) defendants' Motion for Summary Judgment with respect to plaintiff's Monell claim against the County and against Sheriff Dean in his official capacity is denied.

DATED: May 27, 2014

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE